1  ADAM C. BROWN (SBN 161951)
   JANET K. HAINES (SBN 242374)
2  **BROWN & ASSOCIATES**
   **A Professional Law Corporation**
3  11140 Fair Oaks Boulevard, Suite 100
   Fair Oaks, CA 95628
4  Telephone:   (916) 859-4910
   Facsimile:   (916) 859-4911
5
   Attorneys for Defendant
6  JAZZ PRODUCTS LLC

7

8                UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                    SOUTHERN DIVISION

11

12  CHICONY ELECTRONICS CO, LTD,        )   CASE NO. **SACV09-00625 JVS (FFM)**
    Republic of China (Taiwan) corporation, )
13                                        )   **NOTICE OF REMOVAL OF CASE**
                   Plaintiff,             )   **FROM SUPERIOR COURT, COUNTY**
14                                        )   **OF ORANGE TO UNITED STATES**
    v.                                    )   **DISTRICT COURT**
15                                        )
    JAZZ PRODUCTS LLC, a New Jersey       )   [28 U.S.C. §§ 1441, et seq.]
16  limited liability company; and DOES 1 )
    through 20, inclusive,                )
17                                        )
                   Defendants.            )
18  ───────────────────────────────────────

19      To the Clerk of the United States District Court for the Central District of California:

20      Defendant Jazz Products LLC files this Notice of Removal under 28 U.S.C. §§ 1441,

21  1446 and Federal Rules of Civil Procedu7re, Rule 81(c).

22              **STATEMENT OF FACTS ENTITLING DEFENDANT TO REMOVAL**

23      1.      The action pending in the Superior Court of the State of California in and for the

24  County of Orange, entitled *Chicony Electronics Co., Ltd vs. Jazz Products LLC*, case number 30-

25  2009 - 00123006 was commenced on May 13, 2009.

26      2.      Copies of the pleadings and other papers served on the removing defendant in the

27  above-described action are appended to this Notice of Removal as required by 28 U.S.C. § 1446

28

1

3.      As the appended record demonstrates, the action pending in the state court is a civil action within the original diversity jurisdiction of the federal district courts under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between the litigants, and the amount in controversy exceeds $75,000

**Citizenship**

a.      The complaint alleges that Plaintiff Chicony Electronics Co., Ltd., is a foreign corporation duly organized under the laws of the Republic of China (Taiwan). Therefore, Plaintiff is a citizen of China.

b.      Defendant Jazz Products LLC is a limited liability company organized and existing under and by virtue of the laws of the State of New Jersey with its principal place of business in Piscataway, New Jersey. Therefore, Defendant is a citizen of New Jersey.

**Amount in Controversy**

c.      The complaint alleges Plaintiff manufactured and sold to Defendants digital camcorder cameras and that there is a balance due and owing from Defendant to Plaintiff in the amount of $260,000. Therefore, the amount in controversy exceeds $75,000.

**Service of Process**

d.      The defendant was served with process pursuant to California Code of Civil Procedure section 415.40 on May 14, 2009. According to section 415.40, service is deemed completed on the 10th day after such mailing. Therefore, defendants were served on May 24, 2009.

4.      Because the state court action is one within the diversity jurisdiction of the federal district courts, the action is removable to federal court under 28 U.S.C. § 1441(a) and (b) because no defendant is a citizen of the State of California.

5.      Removal to this district court is proper under 28 U.S.C. § 1441(a) because the state court in which the action is pending is geographically located within this court's district.

6.      Removal is timely under 28 U.S.C. § 1446(b) because this Notice of Removal is filed within 30 days of service of process of the complaint stating a claim within federal

jurisdiction. Removal is also timely because this Notice of Removal is filed not more than one year after the action was commenced in state court.

7.      Removal is proper under 28 U.S.C. § 1446(b) because Defendant Jazz Products is the only defendant served in this action. The remaining DOE defendants are mere nominal parties not required to join.

Date: May 28, 2009                                    BROWN & ASSOCIATES, PLC


By
                                                      ADAM C. BROWN
                                                      JANET K. HAINES
                                                      Attorneys for Defendant
                                                      JAZZ PRODUCTS LLC

Exhibit A

11-2009 09:53 From:SIMONS & WISKIN        7323162365        To:212 669 0698        P.2'15

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
JAZZ PRODUCTS LLC, a New Jersey limited liability
company; and DOES 1 through 20, inclusive

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

MAY 13 2009

ALAN CARLSON  Clerk of the Court

BY:____N. DORFMAN____,DEPUTY

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE):*
CHICONY ELECTRONICS CO., LTD., a Republic of China
(Taiwan) corporation

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
    There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
    Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Orange County Superior Court<br>700 Civic Center Drive West<br>P.O. Box 1994<br>Santa Ana, CA  92702-1994<br>Central Justice Center | CASE NUMBER:<br>*(Número del Caso):*<br>**00123006**<br><br>30-2009 |

JUDGE FRANZ E. MILLER
DEPT. C14

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Michael A. Oswald    (#87299)          (949) 788-0900  Fax(949)788-8980
OSWALD & YAP LLP
16148 Sand Canyon Ave.
Irvine, CA 92618

| | | | |
|---|---|---|---|
| DATE:<br>*(Fecha)*  MAY 13 2009 | ALAN CARLSON | Clerk, by<br>*(Secretario)*  N. DORFMAN | , Deputy<br>*(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citation use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Jazz Products LLC

   under: ☐ CCP 416.10 (corporation)           ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):* Limited Liability Company
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. January 1, 2004)

**SUMMONS**

Legal
Solutions
Plus

Code of Civil Procedure §§412.20, 465

710-016                                                    05/18/2008 04 51 FAX

05/21/2009 THU 11:05  [TX/RX NO 8249]  @002

OSWALD & YAP LLP
Michael A. Oswald (SBN 87299)
16148 Sand Canyon Avenue
Irvine, California 92618
Telephone: (949) 788-8900
Facsimile: (949) 788-8980

Attorneys for Plaintiff, CHICONY
ELECTRONICS CO., LTD

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

MAY 13 2009

ALAN CARLSON, Clerk of the Court

BY: __N. DORFMAN__ DEPUTY

JUDGE FRANZ E. MILLER
DEPT. C14

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

CENTRAL JUSTICE CENTER - UNLIMITED CIVIL

CHICONY ELECTRONICS CO., LTD , a
Republic of China (Taiwan) corporation,

Plaintiff,

v.

JAZZ PRODUCTS LLC, a New Jersey
limited liability company; and DOES 1
through 20, inclusive,

Defendants.

CASE NO.

30-2009
0 0 1 2 3 0 0 6

COMPLAINT FOR:

1. **BREACH OF WRITTEN CONTRACT**
2. **ACCOUNT STATED**
3. **OPEN BOOK ACCOUNT**
4. **REASONABLE VALUE OF GOODS SOLD AND DELIVERED (QUANTUM VALEBANT)**

Plaintiff CHICONY ELECTRONICS CO , LTD., (hereinafter "Plaintiff") alleges:

**PRELIMINARY ALLEGATIONS**

1    Plaintiff is a corporation duly organized under the laws of the Republic of China (Taiwan).

2    Plaintiff is informed and believes, and upon such information and belief alleges, that Defendant, JAZZ PRODUCTS LLC ("Defendant"), is and at all times mentioned herein was a limited liability company duly organized and existing under the laws of the State of New Jersey, and is and was regularly conducting business in California by selling its products in California.

3.    The true names and capacities, whether individual, corporate, partnership or otherwise of the Defendants named herein as DOES 1 through 20, inclusive, are unknown to Plaintiff who therefore sues those Defendants by such fictitious names. Plaintiff will seek leave of Court to amend

1
COMPLAINT

:1 2009 09:53 From:SIMONS & WISKIN        7323162365         To:212 669 0698           P.4/15

1   this Complaint to assert the Does' true names and capacities when they have been ascertained.

2   Defendant and DOES 1 - 20 are collectively referred to herein as "Defendants."

3       4.    Plaintiff is informed and believes, and upon such information and belief alleges, that

4   at all times relevant to this action, the Defendants were responsible in some manner for the acts and

5   omissions alleged in this complaint, and that Plaintiff's damages, both existing and prospective, are,

6   were and will be proximately caused by the acts and omissions of the Defendants.

7       5.    Plaintiff is informed and believes, and upon such information and belief alleges, that

8   Defendants, and each of them, are and were at all relevant times the agents, servants, employees,

9   partners, joint venturers, subsidiaries, parent corporations, and successors-in-interest of each of the

10  remaining Defendants, and were acting within the course, scope and purpose of such agency,

11  employment, partnership, joint venture, subsidiary-parent relationship, and succession with the

12  knowledge, consent, approval and ratification of the remaining Defendants, and each of them.

13              **FIRST CAUSE OF ACTION**

14           (Breach of Written Contract - Against All Defendants)

15      6.    Plaintiff realleges herein by reference each and every allegation contained in

16  paragraphs 1 through 5, inclusive of Complaint as if fully set forth herein.

17      7.    Beginning in early 2008, Plaintiff manufactured and sold to Defendants digital

18  camcorder cameras. The products were made to Defendants' order and carried the name plate JAZZ.

19  There were disputes between the parties over various issues and payments for invoices remained

20  unpaid. In or about December 2008, Plaintiff und Defendants entered into a written agreement

21  ("Agreement") whereby Defendants agreed to a payment schedule for the goods Plaintiff previously

22  shipped to the Defendants at the Defendants' special request. A true and correct copy of the

23  Agreement is attached hereto and incorporated herein as Exhibit "A." The total amount Defendants

24  agreed to pay was $365,527.34.

25      8.    Subsequently, Defendants breached the Agreement by failing to make the agreed upon

26  payments, making only one payment at the end of December 2008, in the amount of $105,527.34,

27  leaving the amount of $260,000 due and owing.

28      9.    Plaintiff has at all times performed all the conditions, covenants and promises

ʏιϲ/ϝⴑⴑ ᴅ                                                                         ᴋⱯⱯ ⴗⴖ ⴗⴗ ⴗⴖ/⟈ⴖⴖᶻ/⟈ⴖ/ⴖⴖ

05/21/2009 THU 11:05  [TX/RX NO 8249] ☑004

1  required.

2          10      As a proximate result of Defendants' breach of the contract, there is now due and

3  owing to Plaintiff from Defendants the sum of $260,000, and prejudgment interest at the legal rate

4                              SECOND CAUSE OF ACTION

5                      (Account Stated – Against All Defendants)

6          11.     Plaintiff realleges paragraphs 1 through 10, inclusive, of this Complaint and

7  incorporates them herein by reference as though set forth in full.

8          12.     Within the past twelve months, an account was stated in writing by and between

9  Plaintiff and Defendants and on such statement, a balance of $260,000 was stated due Plaintiff from

10  Defendants.

11         13.     There is now due, owing and unpaid from Defendants to Plaintiff the total balance

12  of $260,000, and prejudgment interest at the legal rate.

13                              THIRD CAUSE OF ACTION

14                     (Open Book Account – Against All Defendants)

15         14.     Plaintiff realleges paragraphs 1 through 13, inclusive and incorporates them by

16  reference, as if fully set forth.

17         15      Within the past twelve months, an invoice was sent to Defendants for goods Plaintiff

18  sent to Defendants at Defendants' special request. The remaining balance of $260,000 has not been

19  paid.

20         16.     There is now due, owing and unpaid from Defendants to Plaintiff the total balance

21  of $260,000, and prejudgment interest at the legal rate.

22         17     Plaintiff is entitled to its attorney's fees and costs pursuant to Civil Code § 1717 5.

23                              FOURTH CAUSE OF ACTION

24              (Reasonable Value of Goods Sold and Delivered (Quantum Valebant)

25                          -- Against All Defendants)

26         18.     Plaintiff realleges paragraphs 1 through 17, inclusive, and incorporates them by this

27  reference, as if fully set forth.

28         19.     Commencing in or about June 2008, Plaintiff sold and delivered certain goods at the

                                         3
                                    COMPLAINT

1   special request of Defendants; and Defendants agreed to pay Plaintiff a reasonable value for those

2   goods.

3        20    In or about late January 2009, and continuing thereafter, Plaintiff repeatedly

4   demanded payment of the balance for said goods from Defendants

5        21    At the time of sale and delivery, the fair and reasonable value of said goods was stated

6   and the unpaid balance for such goods, is $260,000, with prejudgment interest at legal rate.

7        WHEREFORE, Plaintiff prays for judgment in its favor against the Defendants as follows:

8        **As to the First Cause of Action:**

9        1.    For compensatory damages in the sum of $260,000;

10       2.    For interest, as allowable by law; and

11       3.    For such other and further relief as the Court may deem proper.

12       **As to the Second and Fourth Causes of Action:**

13       1.    For compensatory damages in the sum of $260,000;

14       2.    Pre-judgment interest at the legal rate;

15       3.    Costs of suit; and

16       4.    Such further relief as the Court may deem proper

17       **As to the Third Cause of Action:**

18       1.    For compensatory damages in the sum of $260,000;

19       2.    Pre-judgment interest at the legal rate;

20       3.    Attorney's fees and costs pursuant to Civil Code § 1717.5; and

21       4.    Such further relief as the Court may deem proper.

22

23                              OSWALD & YAP LLP

24

25   Dated: May 13, 2009        By: _____

26                              Michael A. Oswald
                                Attorneys for Plaintiff
27                              CHICONY ELECTRONICS CO., LTD.

28

                                    4
                                COMPLAINT

.1 2009 09:54 From:SIMONS & WISKIN        7323162365              To:212 669 0698              P.7/15

# EXHIBIT "A"

2009 09:54 From:SIMONS & WISKIN        7323162365            To:212 669 0698              P.8/15

Chicony/ Jazz agreement – DEC 10, 2008

1. Settlement of A/R to Chicony will be made by Jazz as follows:
   a) US$105,527.34 – US$165,527.34 will be paid before DEC 24, no later than DEC 26 (Chicony received no later than Dec 30)
   b) If in the last DEC Chicony only received the amount US$105,527.34. Then the balance amount US$60,000 will be paid on Jan 15 2009 and together with first settlement amount $50,000 for Jan.
   c) US$50,000 each month over 4 months Jan through April 2009
      - US$50,000 on Jan 15 2009
      - US$50,000 on Feb 13 2009
      - US$50,000 on Mar 13 2009
      - US$50,000 on Apr 15 2009

| Cust PO | PO date | Description | Q'ty | U/P | AMOUNT | Invoice NO. |
|---------|---------|-------------|------|-----|--------|-------------|
| 08-0030 | 2008/2/12 | HDV188(D20H) WALMART BUSTER | 1500 | 78.165 | 117,247.50 | IDS-070752R |
| 08-0030 | 2008/2/12 | HDV188(D20H) WALMART BUSTER | 450 | 78.165 | 35,174.25 | IDS-070156-1 |
| 08-0030 | 2008/2/12 | HDV188(D20H) WALMART BUSTER | 800 | 78.165 | 62,532.00 | IDS-070164-2 |
| 08-0030 | 2008/2/12 | HDV188(D20H) WALMART BUSTER | 140 | 78.165 | 10,932.92 | IDS-070164-3 |
| 08-0030 | 2008/2/12 | HDV188(D20H) WALMART BUSTER | 300 | 78.165 | 23,432.84 | IDS-070076 |
| 08-0030 | 2008/2/12 | HDV188(D20H) WALMART BUSTER | 300 | 78.165 | 23,749.50 | IDS-070078 |
| 08-0053 | 2008/3/4 | HDV178(I32H) WALMART BUSTER | 1200 | 383.375 | 60,050.00 | IDS-070064 |
| | | | | total | 385,527.34 | |

2. Chicony agrees to retrospective turnover discount for 2008 of 1.5% that will be given as a credit to be used from April 1st for purchases by Jazz of merchandise.

3. All returns during period January through April will be fully refurbished at special flat fee of US$3.50 per camera for both cosmetic parts and packaging materials. This excludes the cost of replacing any missing accessories needed to restore to complete condition. And some other electronics parts to be replace by human damage (eg: LCD panel, lens etc)

Allen Huang

2008·12·11

008/015

05/18/2008 05 01 FAX

05/21/2009 THU 11:05  [TX/RX NO 8249]  008

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name & Address): | FOR COURT USE ONLY |
|---|---|
| Telophone No.:        Fax No. (Optional): <br> E-Mail Address (Optional): <br> ATTORNEY FOR (Name):      Bar No: | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
JUSTICE CENTER:
☑ Central - 700 Civic Center Dr. West, Santa Ana. CA 92701-4045
☐ Civil Complex Center - 751 W Santa Ana Blvd., Santa Ana, CA 92701-4512
☐ Harbor-Laguna Hills Facility – 23141 Moulton Pkwy., Laguna Hills. CA 92653-1251
☐ Harbor – Newport Beach Facility – 4601 Jamboree Rd., Newport Beach, CA 92660-2595
☐ North – 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton. CA 92838-0500
☐ West – 8141 13th Street Westminster. CA 92683-0500

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION | CASE NUMBER: |
|---|---|

Plaintiff(s)/Petitioner(s), _____

_____

and defendant(s)/respondent(s). _____

_____

agree to the following dispute resolution process:

☐ Mediation

☐ Arbitration (must specify code)
         ☐ Under section 1141.11 of the Code of Civil Procedure
         ☐ Under section 1280 of the Code of Civil Procedure

☐ Neutral Case Evaluation

☐ Other (specify): _____

The ADR process must be completed no later than 90 days after the date of this Stipulation.

☐ Plaintiff(s)/Petitioner(s) and defendant(s)/respondent(s) further agree as follows:

_____

☐ The ADR Neutral Selection and Party List is attached to this Stipulation.

We understand that there may be a charge for services provided by neutrals. We understand that participating in an ADR process does not extend the time periods specified in California Rules of Court rule 3.720 et seq.

Date: _____     _____     _____
                (SIGNATURE OF PLAINTIFF OR ATTORNEY)     (SIGNATURE OF PLAINTIFF OR ATTORNEY)

Date: _____     _____     _____
                (SIGNATURE OF DEFENDANT OR ATTORNEY)     (SIGNATURE OF DEFENDANT OR ATTORNEY)

**ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION**

Approved for Optional Use                  California Rules of Court, rule 3.221 <br> L1270 (Rev February, 2008)

· : ·2009 09:54 From:SIMONS & WISKIN      7323162365          To:212 669 0698          P.10/15

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF ORANGE

## ALTERNATIVE DISPUTE RESOLUTION (ADR)
## INFORMATION PACKAGE

**NOTICE TO PLAINTIFF(S) AND/OR CROSS-COMPLAINANT(S):**

**Rule 3.221(c) of the California Rules of Court requires you to serve a copy of the ADR Information Package along with the complaint and/or cross-complaint.**

California Rules of Court – Rule 3.221
Information about Alternative Dispute Resolution (ADR)

(a) Each court shall make available to the plaintiff, at the time of filing of the complaint, an ADR Information Package that includes, at a minimum, all of the following:

   (1) General information about the potential advantages and disadvantages of ADR and descriptions of the principal ADR processes.

   (2) Information about the ADR programs available in that court, including citations to any applicable local court rules and directions for contacting any court staff responsible for providing parties with assistance regarding ADR

   (3) Information about the availability of local dispute resolution programs funded under the Dispute Resolutions Program Act (DRPA), in counties that are participating in the DRPA. This information may take the form of a list of the applicable programs or directions for contacting the county's DRPA coordinator.

   (4) An ADR stipulation form that parties may use to stipulate to the use of an ADR process.

(b) A court may make the ADR Information Package available on its Web site as long as paper copies are also made available in the clerk's office.

(c) The plaintiff must serve a copy of the ADR Information Package on each defendant along with the complaint. Cross-complainants must serve a copy of the ADR Information Package on any new parties to the action along with the cross-complaint.

05/18/2009 05 02 FAX

05/21/2009 THU 11:05   [TX/RX NO 8249]   Ø010

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF ORANGE

### ADR Information

**Introduction.**

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts and others offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. ADR is usually less formal, less expensive, and less time-consuming than a trial. ADR can also give people more opportunity to determine when and how their dispute will be resolved

**BENEFITS OF ADR.**

Using ADR may have a variety of benefits, depending on the type of ADR process used and the circumstances of the particular case. Some potential benefits of ADR are summarized below

**Save Time.** A dispute often can be settled or decided much sooner with ADR; often in a matter of months, even weeks, while bringing a lawsuit to trial can take a year or more

**Save Money.** When cases are resolved earlier through ADR, the parties may save some of the money they would have spent on attorney fees, court costs, experts' fees, and other litigation expenses.

**Increase Control Over the Process and the Outcome.** In ADR, parties typically play a greater role in shaping both the process and its outcome. In most ADR processes, parties have more opportunity to tell their side of the story than they do at trial. Some ADR processes, such as mediation, allow the parties to fashion creative resolutions that are not available in a trial. Other ADR processes, such as arbitration, allow the parties to choose an expert in a particular field to decide the dispute.

**Preserve Relationships.** ADR can be a less adversarial and hostile way to resolve a dispute. For example, an experienced mediator can help the parties effectively communicate their needs and point of view to the other side. This can be an important advantage where the parties have a relationship to preserve

**Increase Satisfaction.** In a trial, there is typically a winner and a loser. The loser is not likely to be happy, and even the winner may not be completely satisfied with the outcome. ADR can help the parties find win-win solutions and achieve their real goals. This, along with all of ADR's other potential advantages, may increase the parties' overall satisfaction with both the dispute resolution process and the outcome.

**Improve Attorney-Client Relationships.** Attorneys may also benefit from ADR by being seen as problem-solvers rather than combatants. Quick, cost-effective, and satisfying resolutions are likely to produce happier clients and thus generate repeat business from clients and referrals of their friends and associates.

**DISADVANTAGES OF ADR.**

ADR may not be suitable for every dispute.

**Loss of protections.** If ADR is binding, the parties normally give up most court protections, including a decision by a judge or jury under formal rules of evidence and procedure, and review for legal error by an appellate court.

L1200 (Rev. February2008)                                    Page 2 of 4

:1-2009 09:54 From:SIMONS & WISKIN        7323162365                To:212 669 0698                P.12'15

**Less discovery.** There generally is less opportunity to find out about the other side's case with ADR than with litigation   ADR may not be effective if it takes place before the parties have sufficient information to resolve the dispute.

**Additional costs.**  The neutral may charge a fee for his or her services.  If a dispute is not resolved through ADR, the parties may have to put time and money into both ADR and a lawsuit

**Effect of delays if the dispute is not resolved.**  Lawsuits must be brought within specified periods of time, known as statues of limitation   Parties must be careful not to let a statute of limitations run out while a dispute is in an ADR process.

## TYPES OF ADR IN CIVIL CASES.

The most commonly used ADR processes are arbitration, mediation, neutral evaluation and settlement conferences.

**Arbitration.**  In arbitration, a neutral person called an "arbitrator" hears arguments and evidence from each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are often relaxed. Arbitration may be either "binding" or "nonbinding." *Binding arbitration* means that the parties waive their right to a trial and agree to accept the arbitrator's decision as final. Generally, there is no right to appeal an arbitrator's decision. *Nonbinding arbitration* means that the parties are free to request a trial if they do not accept the arbitrator's decision.

> **Cases for Which Arbitration May Be Appropriate.**  Arbitration is best for cases where the parties want another person to decide the outcome of their dispute for them but would like to avoid the formality, time, and expense of a trial. It may also be appropriate for complex matters where the parties want a decision-maker who has training or experience in the subject matter of the dispute.

> **Cases for Which Arbitration May Not Be Appropriate.**  If parties want to retain control over how their dispute is resolved, arbitration, particularly binding arbitration. is not appropriate. In binding arbitration, the parties generally cannot appeal the arbitrator's award. even if it is not supported by the evidence or the law. Even in nonbinding arbitration, if a party requests a trial and does not receive a more favorable result at trial than in arbitration, there may be penalties.

**Mediation.**  In mediation, an impartial person called a "mediator" helps the parties try to reach a mutually acceptable resolution of the dispute. The mediator does not decide the dispute but helps the parties communicate so they can try to settle the dispute themselves. Mediation leaves control of the outcome with the parties.

> **Cases for Which Mediation May Be Appropriate.**  Mediation may be particularly useful when parties have a relationship they want to preserve. So when family members, neighbors, or business partners have a dispute, mediation may be the ADR process to use. Mediation is also effective when emotions are getting in the way of resolution. An effective mediator can hear the parties out and help them communicate with each other in an effective and nondestructive manner

> **Cases for Which Mediation May Not Be Appropriate.**  Mediation may not be effective if one of the parties is unwilling to cooperate or compromise. Mediation also may not be effective if one of the parties has a significant advantage in power over the other. Therefore. it may not be a good choice if the parties have a history of abuse or victimization

**Neutral Evaluation.**  In neutral evaluation, each party gets a chance to present the case to a neutral person called an "evaluator." The evaluator then gives an opinion on the strengths and weaknesses of each party's evidence and arguments and about how the dispute could be resolved. The evaluator is

،١٥/٢١٠ ⊠                                                                    XAⅎ ℇ0 50 6002/8I/50

05/21/2009 THU 11:05  [TX/RX NO 8249] ⊠012

2009 09:55 From:SIMONS & WISKIN          7323162365                    To:212 669 0698                    P.13/15

often an expert in the subject matter of the dispute  Although the evaluator's opinion is not binding, the parties typically use it as a basis for trying to negotiate a resolution of the dispute

**Cases for Which Neutral Evaluation May Be Appropriate.**  Neutral evaluation may be most appropriate in cases in which there are technical issues that require special expertise to resolve or the only significant issue in the case is the amount of damages

**Cases for Which Neutral Evaluation May Not Be Appropriate.**  Neutral evaluation may not be appropriate when there are significant personal or emotional barriers to resolving the dispute.

**Settlement Conferences.**  Settlement conferences may be either mandatory or voluntary  In both types of settlement conferences, the parties and their attorneys meet with a judge or a neutral person called a "settlement officer" to discuss possible settlement of their dispute  The judge or settlement officer does not make a decision in the case but assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. Settlement conferences are appropriate in any case where settlement is an option  Mandatory settlement conferences are often held close to the date a case is set for trial.

## ADDITIONAL INFORMATION.

In addition to mediation, arbitration, neutral evaluation, and settlement conferences, there are other types of ADR, including conciliation, fact finding, mini-trials, and summary jury trials.  Sometimes parties will try a combination of ADR types  The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute

To locate a dispute resolution program or neutral in your community:
- Contact the California Department of Consumer Affairs, Consumer Information Center, toll free, 1-800-952-5210
- Contact the Orange County Bar Association at (949) 440-8700
- Look in the Yellow Pages under "Arbitrators" or "Mediators"

**Free mediation services are provided under the Orange County Dispute Resolution Program Act (DRPA)**  For information regarding DRPA, contact:
- Institute for Conflict Management (714) 288-5800
- Community Service Programs, Inc  (949) 851-3168
- Orange County Human Relations (714) 834-7198
- Fair Housing Council of Orange County (714) 569-0827

For information on the Superior Court of California, County of Orange court ordered arbitration program, call (714) 834-3774 or refer to Local Rules 380 and 446.

The Orange County Superior Court is offering pilot programs for Civil Mediation and Early Neutral Evaluation (ENE) for civil cases filed at the Central Justice Center.  For the Civil Mediation pilot program, mediators on the Court's panel have agreed to accept a fee of $300 for up to the first two hours of a mediation session  For the ENE program, members of the Court's panel have agreed to accept a fee of $300 for up to three hours of an ENE session.  Additional information on the Orange County Superior Court Civil Mediation and Early Neutral Evaluation (ENE) pilot programs is available on the Court's website at www.occourts.org, or by calling (714) 834-5300

05/21/2009 THU 11:05  [TX/RX NO 8249]  ☑013

# SUPERIOR COURT OF CALIFORNIA
## ORANGE COUNTY: CENTRAL JUSTICE CENTER
## CIVIL DEPARTMENT CALENDAR SCHEDULING CHART
### Ex Parte applications must comply with California Rules of Court, rules 3.1200 – 3.1207,
### Court Local Rules are located at www.occourts.org

| Dept. | Judicial Officer | Motion Days and Time | Ex Parte Days And Time | Telephonic Notice to Courtroom the day before the hearing but no later than: | Ex Parte Application and Proposed Order presented to the court the day before the hearing but no later than: | Rulings posted on Internet? | Other Call for available dates. |
|---|---|---|---|---|---|---|---|
| C14  C9 | MILLER 714-834-3755 | Tuesday 1:30 p.m. | T, W, Th, F 8:30 a.m. | 9:00 a.m. | 4:00 p.m. | Yes - noon day of hearing | If Monday is a holiday, law and motion is heard on Thursday at 1:30 p.m. NOTE: for L&M, Dept. C9 requires parties call the dept. to check availability of a motion date prior to filing their motion by calling (714) 834-3755. To schedule an ex parte matter the moving party/attorney shall contact the courtroom clerk (714) 834-3755 to reserve a date no later than noon, the day prior to the hearing. Telexonference appearances are voluntary and do not require consent by court or other parties. However, the court reserves the right to reject any request. Teleconference appearances are conducted in conformity with the guidelines, which are available by calling CourtCall, LLC at (310)914-7884 or (888) 88-COURT |
| C1  C1 | MOBERLY 714-834-4856 | Tuesday 2:00 p.m. | M,W,Thu,F 1:30 p.m. | Noon | 3:00 p.m. | Yes - 4:30 p.m. the day before | If Monday is a holiday, law and motion is heard on Thursday at 2:00 p.m. If there is no appearance for argument, the court will order the tentative ruling to become effective and final the date of the hearing. To schedule an ex parte matter the moving party/attorney shall contact the courtroom clerk (714) 834-4856 to reserve a date no later than noon, the day prior to the hearing. |
| C16 | MONROE 714-834-4094 | Tuesday 2:00 p.m. | T,W,Th 8:30 a.m. | Noon | 4:00 p.m. | Yes - by 4:00 p.m. the day before | If Monday is a holiday, law and motion is heard on Thursday at 2:00 p.m. |

: 2009 09:55 From:SIMONS & WISKIN        7323162365              To:212 669 0698              P.15/15

**OSWALD & YAP LLP**
Lawyers
16148 Sand Canyon
Irvine, California 92618
Telephone: (949) 788-8900
Telefax: (949) 788-8980

Los Angeles Office:
17700 Castleton Street
Suite 566
City of Industry, California 91748

Midwestern Office:
53 West Jackson Boulevard
Suite 1550
Chicago, Illinois 60604

Of Counsel:
Thomas G. Gardiner

Michael A. Oswald
Calvin C.S. Yap
Lynne Bolduc
Richard T Hsueh
Carol A. Gefis
John F. Korch
Min K. Chai
Zachary D. Reeves
Jay Y Chiu
Anita S. Chang
Claudia Mourad
Eric W Shu
Arrin D. Langdon
Steven S. Hanagami

May 14, 2009

**VIA CERTIFIED MAIL – Return Receipt**

JAZZ PRODUCTS LLC
110 Ethel Rd W, Unit 2
Piscataway. NJ 08854-5967

Attn.: Legal Department

　　　Re:　*Chicony Electronics v. Jazz Products LLC, et al.*
　　　　　OCSC Case No. 30-2009-00123006
　　　　　Our file no.: 95826.13

Dear Sir/Madam:

　　　Enclosed please the Summons and Complaint, and Alternative Dispute Resolution Package filed in the above-referenced matter.

　　　You are being served on behalf of JAZZ PRODUCTS LLC, a New Jersey limited liability company, by certified mail pursuant to Code of Civil Procedure § 415.40.

　　　Please feel free to contact our office if you have any questions. Thank you for your immediate attention to this matter.

　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　Tricia Tonti-Mace, Assistant to
　　　　　　　　　　　　Carol A. Gefis

Enclosure: as noted

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Chicony Electronics Co., Ltd. a Republic of China (Taiwan) corporation | Jazz Products LLC, a New Jersey limited liability company |
| China (Taiwan) | New Jersey |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Michael A. Oswald | Adam C. Brown/Janet K. Haines |
| Oswald & Yap LLP | Brown & Associates PLC |
| 16148 Sand Canyon Avenue, Irvine, CA 92618 | 11140 Fair Oaks Blvd., Suite 100 |
| | Fair Oaks, CA 95628 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☑ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding

☑ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify):

☐ 6 Multi-District Litigation

☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☐ No      ☑ MONEY DEMANDED IN COMPLAINT: $ 260,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Breach of Contract; account stated; open book account; quantum valebant

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | IMMIGRATION | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number: _____   **SACV09-00625 JVS (FFMx)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a).  IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed?  ☐ No  ☑ Yes
If yes, list case number(s): _____

VIII(b)  RELATED CASES: Have any cases been previously filed in this court that are related to the present case?  ☐ No  ☑ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A  Arise from the same or closely related transactions, happenings, or events; or
  ☐ B  Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C  For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present

IX. VENUE:  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | China (Taiwan) |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | New Jersey |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | New Jersey |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X  SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date _____

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet  (For more detailed instructions, see separate instructions sheet )

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended Also, include claims by hospitals, skilled nursing facilities, etc , for certification as providers of services under the program  (42 U S C  1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969  (30 U S C  923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability  (42 U S C  405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended  (42 U S C  405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended  (42 U S C  (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Frederick F. Mumm.

The case number on all documents filed with the Court should read as follows:

## SACV09- 625 JVS (FFMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=====================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [X] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.